ORIGINAL

JOHN HARRIS PAER     #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2006

at 2 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JUDITH A. CLARK, ) | CIVIL NO. 06-00575 SOM-LEK |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL WITH |
| ) | PREJUDICE |
| vs. ) | |
| ) | |
| FOCUS RECEIVABLES ) | |
| MANAGEMENT, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through her undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded.  There are no remaining issues and parties.

DATED: Honolulu, Hawaii, December 14, 2006

_____
JOHN HARRIS PAER
Attorney for Plaintiff